No. 321. Schmitt et al. *v.* War Emergency Pipelines, Inc. et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Shields M. Goodwin* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 322. Fawcett Publications, Inc. *v.* Bronze Publications, Inc. et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *W. O. Mehrtens* for petitioner.

No. 325. Smith et al. *v.* General Foundry Machine Co., Inc. et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Clarence M. Fisher* and *W. Brown Morton* for petitioners. *Lycurgus R. Varser* and *Warley L. Parrott* for respondents.

No. 327. Gussie *v.* Pennsylvania Railroad Co. Appellate Division of the Superior Court of New Jersey. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Isidore Hornstein* for petitioner. *Edward J. O'Mara* for respondent.

No. 328. Christy *v.* Conver et al., constituting the Montgomery County Board of Law Examiners. Supreme Court of Pennsylvania. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Laurence H. Eldredge* for petitioner. *Joseph Knox Fornance* for respondents.